IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS A. DAMIANI, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS MOMME, et al. | : | No. 11-2534 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **11th** day of **May, 2012**, upon consideration of Defendants' Motion to Preclude Expert Testimony of R. Paul McCauley and Plaintiff's response thereto, Defendants' Motion to Preclude Evidence of Allegations of Prior Conduct and Plaintiff's response thereto, and Defendants' Motion to Preclude Evidence of Medical Causation or Prognosis, and Plaintiff's response thereto, and for the reasons given in this Court's memorandum dated May 11, 2012, it is hereby **ORDERED** that:

1. Defendants' motion to preclude expert testimony (Document No. 17) is **DENIED in part** and **GRANTED in part**. Dr. McCauley may offer his opinions on proper police procedures but may not opine on the ultimate legal questions before the jury.

2. The supplemental report of Dr. McCauley is **STRICKEN**.

3. Defendants' motion to preclude evidence of allegations of prior conduct (Document No. 18) is **GRANTED**.

4. Defendants' motion to preclude evidence of medical causation or prognosis (Document No. 19) is **DENIED in part** and **GRANTED in part**. Plaintiff's treating doctors may not offer independent opinions on causation and prognosis.

BY THE COURT:

_____
**Berle M. Schiller, J.**